# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHERYL STEWART,** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff, | : | No. 19-4776 |
| | : | |
| v. | : | |
| | : | |
| **ETHICON, INC., and JOHNSON & JOHNSON,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

This 19th day of March 2020, upon consideration of Defendants' Notice of Removal (ECF 1), Plaintiff's Motion for Remand (ECF 6), Defendants' Motion to Dismiss (ECF 7), and Defendant's Opposition to Plaintiff's Motion for Remand (ECF 8), as well as the parties responses, replies, and supplemental filings (ECF 9 *et seq.*), it is hereby **ORDERED** that Plaintiff's Motion for Remand is **DENIED**, and Defendants' Motion to Dismiss is **GRANTED IN PART** and **DENIED IN PART**. For the reasons stated in the accompanying Memorandum Opinion, the Motion to Transfer Venue is **GRANTED**, and the case is **TRANSFERRED** to the United States District Court for the Northern District of Texas pursuant to 28 U.S.C. § 1404(a). The Motion is **DENIED** in all other respects. It is **FURTHER ORDERED** that the Clerk of Court shall forthwith provide the complete file in this case to the United States District Court for the Northern District of Texas. The Clerk of Court shall mark this case closed.

s/Gerald Austin McHugh<br>
United States District Judge